UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE SLICE,<br><br>     Plaintiff,<br><br>  vs.<br><br>Warden PAUL COPENHAVER,<br><br>     Defendants. | No. C 09-1460 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This pro se civil rights action was filed on April 3, 2009. On that same day the court notified plaintiff that her application for leave to proceed in forma pauperis ("IFP") was deficient because she did not use the correct form, did not provide a "Certification of Funds in Inmate Account," and did not provide the printout of transactions in her inmate account required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if she did not either pay the fee or remedy the deficiencies of her IFP application within thirty days the case would be dismissed.

No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: May 18, 2009.

　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.09\SLICE1460.DSM-IFP.wpd